IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSICA MATTIE LEE WOMACK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV145 |
| | ) | |
| V. | ) | |
| | ) | |
| MOULTON COLLEGE, and ACTIVATE LEARNING, | ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) ) | |

On July 27, 2016, the court entered an order directing the U.S. Marshals Service to serve process on Defendants. It has come to the court's attention, however, that the U.S. Marshals Service is unable to serve process as the court directed. Therefore, the court hereby modifies its July 27, 2016 service order (Filing No. 6) as set forth below.

IT IS ORDERED:

1. The clerk's office is directed to complete summons forms using the addresses provided by Plaintiff in the Complaint (Filing No. 1).

2. The clerk's office shall also complete a USM-94 form for each Defendant to request service in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Hague Convention. (*See* USM-94 form, Check Box (a)). The address of the receiving authority on the USM-94 forms should be listed as follows: The Senior Master, For the attention of the Foreign Process Section, Room E16, Royal Courts of Justice, Strand, London WC2A 2LL. The

clerk's office shall send duplicate copies of each of the completed USM-94 forms, and a total of four copies of Plaintiff's Complaint (Filing No. 1) to this address by international air mail.

3. The clerk's office is directed to set a case management deadline in this case with the following text: "December 6, 2016: Check for completion of service."

DATED this 8th day of August, 2016.

BY THE COURT:

*s/Richard G. Kopf*
Supervising Pro Se Judge