IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA MATTIE LEE WOMACK, | |
| Plaintiff, | 8:16-CV-145 |
| vs. | |
| MOULTON COLLEGE AND ACTIVATE LEARNING, | ORDER |
| Defendants. | |

IT IS ORDERED:

1. The plaintiff's motion for extension of time (filing 14) is granted.

2. The plaintiff may respond to the defendants' motion to dismiss (filing 11) on or before December 16, 2016.

3. The defendants may reply in support of their motion on or before December 27, 2016.

Dated this 17th day of November, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge